IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA FOX<br><br>  Plaintiff,<br><br>  v.<br><br>SNP TRANSFORMATIONS, INC.<br>  and<br>SNP SCHNEIDER-NEUREITHER<br>& PARTNER SE<br>  and<br>ANDREAS SCHNEIDER-NEUREITHER<br><br>  Defendants. | CIVIL ACTION NO.: 18-4004 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Regina Fox and Defendants SNP Transformations, Inc., SNP Schneider-Neureither & Partner SE, and Andreas Schneider-Neureither, by and through their undersigned counsel, hereby STIPULATE AND AGREE that any and all claims in this matter have been fully resolved and settled and this case should be DISMISSED WITH PREJUDICE, and without costs.

| | |
|---|---|
| */s/ Christine E. Burke* | */s/ Katharine W. Fogarty* |
| Christine E. Burke, Esquire | Gregory S. Hyman, Esquire |
| Karpf, Karpf & Cerutti, P.C. | Katharine W. Fogarty, Esquire |
| Two Greenwood Square | Kaufman Dolowich & Voluck LLP |
| 3331 Street Road, Suite 128 | Two Logan Square |
| Bensalem, PA 19020 | 100 N. 18th Street, Suite 701 |
| (215) 639-0801 - Phone | Philadelphia, PA 19103 |
| (215) 639-4970 - Fax | (215) 501-7024 / 7044 - Phone |
| cburke@karpf-law.com | (215) 405-2973 - Fax |
| | ghyman@kdvlaw.com |
| *Counsel for Plaintiff,* | kfogarty@kdvlaw.com |
| *Regina Fox* | |
| | *Counsel for Defendants,* |
| | *SNP Transformations, Inc. and Andreas* |
| | *Schneider-Neureither* |
| Dated: April 19, 2019 | Dated: April 2, 2019 |

*/s/ Eric B. Meyer*
Eric B. Meyer, Esquire
William J. Akins, Esquire (Admitted *Pro Hac Vice*)
FisherBoyles, LLP
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
(267) 225-4813 - Phone
(267) 394-7701 - Fax
Eric.meyer@fisherbroyles.com
William.akins@fisherbroyles.com

*Counsel for Defendant,*
*SNP Schneider-Neureither & Partner SE*

Dated: April 2, 2019

2